# ARTHUR SLAUGHTER v. ILLINOIS CENTRAL RAILROAD COMPANY.[1]

May 22, 1914.

No. 18,812.

After the former appeal (see page 96, supra) judgment was entered in the district court in favor of plaintiff. From that judgment, defendant appealed. Affirmed.

*Butler & Mitchell*, for appellant.
*Samuel A. Anderson*, for respondent.

PER CURIAM.

This is an appeal from a judgment of the district court of Ramsey county. The case was before this court at the last term upon an appeal from an order denying an alternative motion for judgment notwithstanding the verdict or for a new trial, and the decision therein is reported in 125 Minn. 96, 145 N. W. 790. The questions presented were considered and determined upon the former appeal and following that decision the judgment is affirmed.